882

No. 98–5026. ROBERTSON v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 98–5027. BRUCE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–5028. BUTLER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5029. CORTEZ v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 98–5030. COOLMAN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 98–5031. CRAIGHEAD v. UNITED STATES; and
No. 98–5137. CRAIGHEAD v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 139 F. 3d 893.

No. 98–5032. ATKINS v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5033. OWSLEY v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–5034. JACKSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5035. LIVINGSTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5036. JONES v. EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5037. WILLIAMS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 98–5038. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5039. ZELCH ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.